961 F.2d 132
 Ronald SHEPHERD, on behalf of; and all in the State of
Arizona similarly situated; Rollin Barkley, on behalf of;
and all in the State of Arizona similarly situated; Robert
A. Bricker; Marion Rodgers, Plaintiffs-Appellants,
v.
Edward J. DERWINSKI, Administrator of the Veterans'
Administration, Defendant-Appellee.
UNITED STATES of America, Plaintiff-Appellee,
v.
Rollin BARKLEY; Ronald Shepherd; Robert A. Bricker;
Marion Rodgers, Defendants-Appellants.
 Nos. 90-15911, 90-16670.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Dec. 10, 1991.
Decided April 1, 1992.
 
 James M. Ackerman, Jennings, Strouss & Salmon, Phoenix, Ariz., for appellants.
 Malcolm L. Stewart, U.S. Dept. of Justice, Washington, D.C., for appellees.
 Appeal from the United States District Court for the District of Arizona; Roger G. Strand, District Judge, Presiding.
 Before: NORRIS, BEEZER, and LEAVY, Circuit Judges.
 
 
 1
 In this appeal, we decide whether the Arizona anti-deficiency law is preempted by Department of Veteran Affairs (VA) regulations that authorize the VA to collect deficiencies on VA-guaranteed home loans. Ariz.Rev.Stat.Ann. §§ 33-729 A, 33-814 G. Because the Arizona anti-deficiency law at issue here is identical to the Oregon anti-deficiency law we considered in Connelly v. Derwinski, 961 F.2d 129, 130 (9th Cir.1992), we hold, on the basis of that opinion, that Arizona's anti-deficiency law is preempted by 38 C.F.R. § 36.4323(e). Accordingly, we affirm the district court's summary judgment awarded to the Secretary of Veteran Affairs.
 
 
 2
 In a separate unpublished memorandum disposition, we also affirm the summary judgment against Barkley, who raised issues particular to his case.
 
 
 3
 AFFIRMED.